**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:   KENNETH R. JOHNSON                                         Case Number: 04-72933
         429 PERSHING AVENUE              SSN-xxx-xx-4899
         MACHESNEY PARK, IL  61115

                                                                Case filed on:        6/4/2004
                                                                Plan Confirmed on:    8/27/2004

                              P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,200.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY DAVID H CARTER | 2,394.00 | 2,394.00 | 2,394.00 | 0.00 |
|  | Total Legal | 2,394.00 | 2,394.00 | 2,394.00 | 0.00 |
| 202 | HOUSEHOLD FINANCIAL SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KENNETH R. JOHNSON | 0.00 | 0.00 | 348.42 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 348.42 | 0.00 |
| 001 | HOUSEHOLD FINANCIAL SERVICES INC | 17,569.68 | 0.00 | 0.00 | 0.00 |
| 002 | HOUSEHOLD FINANCIAL SERVICES INC | 1,485.34 | 1,116.82 | 1,116.82 | 0.00 |
| 003 | WASHINGTON MUTUAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WASHINGTON MUTUAL BANK | 10,347.53 | 10,347.53 | 10,347.53 | 0.00 |
|  | Total Secured | 29,402.55 | 11,464.35 | 11,464.35 | 0.00 |
|  | Grand Total: | 31,796.55 | 13,858.35 | 14,206.77 | 0.00 |

Total Paid Claimant:       $14,206.77
Trustee Allowance:         $993.23           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00              discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

        Report Dated:

                                                      /s/ Lydia S. Meyer
                                                     Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 03/26/2008             By  /s/Heather M. Fagan